DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL OROZCO-URANGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL OROZCO-URANGA,<br><br>Defendant. | NO. CR-S-07-038 EJG<br><br>ORDER FOR MENTAL EXAMINATION PURSUANT TO 18 U.S.C. §§ 4241(a), 4247(b) and (c) |

This matter was on calendar for status conference on February 16, 2007. Assistant United States Attorney Laurel White appeared on behalf of the government. The defendant appeared, in custody, with his attorney, Assistant Federal Defender Matthew C. Bockmon. The defense moved for a hearing to determine the defendant's mental competency, pursuant to 18 U.S.C. § 4241(a). Defense counsel made a proffer supporting that motion. The Court found there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist

properly in his defense.

It is therefore ordered as follows:

1. Pursuant to 18 U.S.C. § 4241(b), the defendant is referred for a psychiatric or psychological examination and report in accordance with the provisions of 18 U.S.C. §§ 4247(b) and (c) to assist the Court in determining the defendant's mental competence.

Under 18 U.S.C. § 4247(b), the psychiatric or psychological examination shall be completed by a licensed or certified psychiatrist or psychologist. The examining psychiatrist or psychologist shall prepare a report which shall be submitted to the Court with copies to the attorney for the government and the attorney for the defendant, as follows:

Attorney for the government:
Michael Beckwith
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, CA 95814
(916) 554-2792

Attorney for the defendant:
Matthew C. Bockmon
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-5700

The report shall include the following information:

(1) The defendant's history and present symptoms;

(2) A description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) The examiner's findings; and

(4) The examiner's opinions as to diagnosis, prognosis, and

a. Whether the defendant is suffering from a mental diseases or defect rendering him mentally incompetent to the extent that he is

unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2. A Status Conference is scheduled for March 16, 2007, at 10:00 a.m. to check on the progress of the above referral.

3. Time is excluded from the Speedy Trial Act calculation for the delay resulting from the proceedings, including the examination, to determine the defendant's mental competency, pursuant to 18 U.S.C. § 3161(h)(1)(A) and Local Code A.

4. Counsel for defendant shall arrange for the examination of defendant at the Sacramento County Jail.

**IT IS SO ORDERED.**

Dated: February 20, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge