```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL OROZCO-URANGA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-0038 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MANUEL OROZCO-URANGA, | Date: June 1, 2007 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and MANUEL OROZCO-URANGA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for May 11, 2007, be vacated and rescheduled for status conference on June 1, 2007, at 10:00 a.m.

This continuance is being requested due to the unavailability of defense counsel and continuing negotiations between the parties for a resolution of this matter.

IT IS FURTHER STIPULATED that the period from May 11, 2007,

through and including June 1, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 9, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MANUEL OROZCO-URANGA

Dated: May 9, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
KYLE REARDON
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  May 9, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

Stip & Order                                           2