DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL OROZCO-URANGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-0038 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MANUEL OROZCO-URANGA, | Date: June 8, 2007 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and MANUEL OROZCO-URANGA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for June 1, 2007, be vacated and rescheduled for status conference on June 8, 2007, at 10:00 a.m.

This continuance is being requested because defense counsel is unavailable on June 1, 2007.

IT IS FURTHER STIPULATED that the period from June 1, 2007, through and including June 8, 2007, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 22, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MANUEL OROZCO-URANGA

Dated: May 22, 2007

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Bockmon for
                                        _____
                                        KYLE REARDON
                                        Assistant U.S. Attorney
                                        per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  May 23, 2007

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge